IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IDRIS-JAKARI CHANDLER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-03079-X (BT) |
| | § | |
| MALVINA PORSCHIA, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 16, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are **ACCEPTED**.

**SO ORDERED** this 25th day of January, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE